**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                    **CASE NO.  4:18-CR-00230-001  LPR**

**JAMES AARON RICE**                                                **DEFENDANT**

**ORDER**

On August 13, 2020 the Court granted Defendant's Motion for Psychiatric Evaluation.

The United States Marshal for the Eastern District of Arkansas has advised the Court that Defendant has been designated to MCC Chicago, Illinois for the examination.  Accordingly, the United States Marshal is directed to transport Defendant to MCC Chicago forthwith.[1]

Under 18 U.S.C. § 4247(b) and (c), Defendant is committed to the custody of the Attorney General, or his authorized representative, for a period not to exceed thirty (30) days for a psychiatric or psychological examination under 18 U.S.C. § 4241 and for a period not to exceed forty-five (45) days for psychiatric or psychological examination under 18 U.S.C. § 4242. Both time periods exclude any time consumed by transportation.

Based on 18 U.S.C. § 4247(c), the facility conducting the examination will file a report with this Court with copies to counsel for the United States, Assistant United States Attorneys Kristin Bryant and Amanda Fields, Post Office Box 1229, Little Rock, Arkansas, 72203, and to counsel for the defendant, Omar F. Green II, The Law Office of Omar F. Greene, 1501 North University Avenue, Suite 208, Little Rock, Arkansas, 72207.

Fourteen (14) days from the date the examination report is received by the Court and the parties, any party who requests a hearing regarding any issues in the report or opposes the report

1

must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.

If no motions are filed within fourteen (14) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.[2]

IT IS SO ORDERED this 18th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Based on 18 U.S.C. § 3161(h)(1)(F), time consumed by transportation in excess of ten (10) days from today is presumed unreasonable under the Speedy Trial Act.
[2] 18 U.S.C. § 3161(h)(1)(A).